# In the United States Court of Federal Claims

No. 03-2363C
(Filed: December 8, 2006)

* * * * * * * * * * * * * * * * * * * * * *
CHARVELLA CHRISTMAS, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

The parties may resume discovery in this action. All discovery will be completed on or before March 1, 2007.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge