IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHARVELLA CHRISTMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2363C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 31 days from March 1, 2007 to April 1, 2007, for discovery in this case. Discovery is set to close on March 1, 2007, and this is our first request for an enlargement of the discovery period. Defendant's counsel discussed this motion with plaintiff's counsel, Alan Banov, and is authorized to state that plaintiff does not oppose defendant's motion for enlargement of discovery.

The parties have been attempting to schedule the deposition of plaintiff Charvella Christmas. However, defendant's counsel has had to prepare and complete other work that precludes meeting the March 1, 2007 discovery deadline. On January 3, 2007, the Court directed the Government to file specific documents in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases. On January 30, 2007, the Government filed more than 1,760 pages of documents as directed. On February 7 and 8, 2007, defendant's counsel filed three motions for

reconsideration and clarification of the Court's January 26, 2007 decision, and for additional relief in Morse Diesel Int'l v. United States, Fed. Cl. No. 99-279 and consolidated cases. Defendant's counsel also prepared for and presented oral argument on February 9, 2007 in Imagination & Information, Inc. v. Gates, Fed. Cir. 2006-1577. On February 20, 2007, defendant's counsel filed the Government's answer in AMEC Construction Management Inc. v. United States, Fed. Cl. No. 06-867. Defendant's counsel among other things also is preparing the Government's cross-motion and opposition to plaintiff Lindsey Bledsoe's motion for partial summary judgment in Acebal v. United States, Fed. Cl. No. 01-47, which is due on March 1, 2007. Defendant's counsel also must prepare for and present oral argument on March 7, 2007, in Davis v. Dept. of Homeland Security, Fed. Cir. No. 2006-3061. In addition, plaintiff's counsel informed defendant's counsel that he is not available for the deposition until after mid-March 2007. Therefore, defendant requires an additional 31 days to complete discovery in this matter.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 31-day enlargement of the discovery period to April 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Assistant General Counsel
Bureau of Prisons
February 22, 2007