IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHARVELLA CHRISTMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-2363C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 60 days from April 2, 2007 to June 1, 2007, for discovery in this case. Discovery closes on April 2, 2007, and this is our second request for an enlargement of the discovery period. Defendant's counsel discussed this motion with plaintiff’s counsel, Alan Banov, and is authorized to state that plaintiff does not oppose defendant’s motion for enlargement of discovery.

The parties have attempted to conduct the deposition of plaintiff Charvella Christmas. The deposition was scheduled and noticed for March 21, 2007. Plaintiff’s son became ill and, at plaintiff’s request, the deposition was rescheduled for March 28, 2007. Plaintiff’s counsel’s father then became ill necessitating that the deposition again be postponed at plaintiff’s request.

The parties have discussed rescheduling the deposition and anticipate conducting it during the period May 4-8, or later in May, depending upon plaintiff’s availability. Therefore,

defendant requires an additional 60 days to complete discovery in this matter.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 60-day enlargement of the discovery period to June 1, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-0290
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Assistant General Counsel
Bureau of Prisons
April 2, 2007