# In the United States Court of Federal Claims

No. 03-2363C
(Filed: June 6, 2007)

* * * * * * * * * * * * * * * * * * * * * *
CHARVELLA CHRISTMAS, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * *

ORDER

All discovery shall be completed on or before July 16, 2007. It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge