IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHARVELLA CHRISTMAS, Plaintiff, | |
| v. | No. 03-2363C (Senior Judge Bruggink) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF DISCOVERY

Defendant respectfully requests, pursuant to Rule 6(a) of the Rules of the Court of Federal Claims ("RCFC"), that the Court grant an enlargement of time of 50 days from July 16, 2007 to September 4, 2007, for discovery in this case. Discovery closes on July 16, 2007, and this is our fourth request for an enlargement of the discovery period. Defendant's counsel discussed this motion with plaintiff’s counsel and is authorized to state that plaintiff does not oppose our motion for enlargement of discovery.

The parties have attempted to conduct the deposition of plaintiff Charvella Christmas. The deposition has been scheduled and noticed several times but then has had to be postponed because of other circumstances. The soonest date that plaintiff and plaintiff’s counsel both are available is July 26, 2007, but defendant’s counsel has a conflict on that date. Defendant’s counsel is attempting to adjust her schedule so that the deposition may be conducted on July 26, 2007. However, she may not be able to do so, and the deposition therefore may need to be

conducted in August 2007. Therefore, defendant requires an additional 50 days to complete discovery in this matter.

Accordingly, defendant respectfully requests that the Court grant this unopposed motion for a 50-day enlargement of the discovery period to September 4, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Domenique Kirchner
DOMENIQUE KIRCHNER
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street N.W.
Washington, D.C. 20530
Tele: (202) 307-1111
Attorneys for Defendant

Of Counsel:
ERIKA TURNER
Assistant General Counsel
Bureau of Prisons
July 13, 2007